[No. 14115–5–I.  Division One.  July 30, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. LARRY M. KIRKEY, *Appellant.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 83–1–00098–2, Marshall Forrest, J., entered November 14, 1983. *Affirmed* by unpublished opinion per Ringold, A.C.J., concurred in by Swanson and Coleman, JJ.

[No. 15526–1–I.  Division One.  July 30, 1986.]

ARCTIC CIRCLES, INC., *Defendant,* v. JOSEPH L. MISSIAEN, ET AL, *Respondents,* WILLIAM J. MCKENZIE, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 84–2–00012–7, Marshall Forrest, J., entered April 20, 1984. *Reversed* by unpublished opinion per Webster, J., concurred in by Swanson and Pekelis, JJ.

[No. 13780–8–I.  Division One.  July 30, 1986.]

JERROLD W. SMITH, *Appellant,* v. LARRY MOUNT, *Respondent.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 83–2–00529–5, Marshall Forrest, J., entered September 16, 1983. *Affirmed* by unpublished opinion per Cole, J. Pro Tem., concurred in by Schumacher and Utter, JJ. Pro Tem. Now published at 45 Wn. App. 623.